# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASANTHIA J. MINGO,

        Plaintiff(s),

vs.　　　　　　　　　　　　　　　　　CASE NO.:

UNITED STATES OF AMERICA,

        Defendant(s).

## COMPLAINT

**COMES NOW**, Plaintiff, CASANTHIA J. MINGO, by and through their undersigned attorney, and sues Defendant, UNITED STATES OF AMERICA, and alleges:

## GENERAL ALLEGATIONS

1. This is a civil action for damages brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b), 2671-2680, and is otherwise within the subject matter jurisdiction of this Court, by 28 U.S.C. §1346(b).

2. Plaintiff, CASANTHIA J. MINGO, has exhausted her administrative remedies by complying with all conditions precedent to filing this action. Pursuant to 28 U.S.C. $2675(a) the claim set forth herein was presented to the United States Postal Service on December 10, 2023, a copy of which is attached hereto as **Exhibit A** and incorporated by reference.

3. More than six months before this action was instituted, the claim set forth herein was presented to the United States Postal Service. Said agency having failed to make a final disposition of the claim within that time, Plaintiff deems such failure to be a denial thereof.

4. That at all times pertinent to this action, Plaintiff, CASANTHIA J. MINGO, was a citizen of the United States and a resident of Hillsborough County, Florida.

5. The United States Post Office is a federal agency of the government of the UNITED STATES OF AMERICA, and pursuant to the Federal Torts Claims Act, the UNITED STATES OF AMERICA is the only proper Defendant in this action.

6. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §1402(b).

7. That on or about November 19, 2022, at approximately 4:42 P.M., JAMES R. WRIGHT, operated a motor vehicle owned by Defendant, UNITED STATES OF AMERICA, that was traveling west on Ambleside Drive near SR 43 (S US HWY 301) in Hillsborough County, Florida. Defendant, UNITED STATES OF AMERICA, expressly or impliedly consented to the use of said vehicle driven by JAMES R. WRIGHT, at the aforementioned time and place.

8. That on or about November 19, 2022, at approximately 4:42 P.M., Plaintiff, CASANTHIA J. MINGO, was also traveling west on Ambleside Drive near SR 43 (S US HWY 301) in Hillsborough County, Florida.

9. That at the aforementioned time and place, JAMES R. WRIGHT, did so carelessly and negligently drive, manage and operate the motor vehicle owned by Defendant, UNITED STATES OF AMERICA, so as to cause same to collide with the motor vehicle that Plaintiff, CASANTHIA J. MINGO, was driving, thereby causing Plaintiff to sustain personal injuries in and about their body as hereinafter alleged.

10. That on or about November 19, 2022, at approximately 4:42P.M., JAMES R. WRIGHT, was operating the motor vehicle owned by Defendant, UNITED STATES OF AMERICA, while in the course and scope of his employment of the United States Postal Service, an agency of Defendant, UNITED STATES OF AMERICA.

11. That as the employer of JAMES R. WRIGHT on November 19, 2022, Defendant UNITED STATES OF AMERICA, is vicariously liable for the accident and injuries made the basis of this suit as described herein.

12. That as a direct and proximate result of the carelessness and negligence of JAMES R. WRIGHT, as alleged above, Plaintiff, CASANTHIA J. MINGO, sustained significant and permanent loss of an important bodily function, significant and permanent scarring or disfigurement, permanent injuries within a reasonable degree of medical probability, severe injuries to her head, neck, back, spine, shoulders, arms, legs, knees, joints, muscles, tendons, ligaments, nerves, soft tissues and body as a whole; aggravated any pre-existing condition; suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money; and suffered any non-permanent injuries for which lost wages, medical expenses and other out-of-pocket expenses were incurred and not otherwise provided for in the payment of PIP or insurance related benefits. Said losses are either permanent or continuing in nature and Plaintiff, CASANTHIA J. MINGO, will suffer the losses in the future; Plaintiff, CASANTHIA J. MINGO, has met, or by the time of trial will have met, the requirements of Florida Statutes, Section 627.737.

WHEREFORE, Plaintiff, CASANTHIA J. MINGO, demands judgment against Defendant, UNITED STATES OF AMERICA, for damages plus costs of these proceedings.

Dated: **8/12/2025**

/s/ Johnny Trujillo
**JOHNNY TRUJILLO, ESQUIRE**
CHRISTOPHER LIGORI & ASSOCIATES
117 S. Willow Ave.
Tampa, FL 33606
(813) 223-2929 : Telephone

(813) 251-6853: Facsimile
FLORIDA BAR # 697257
Attorney for Plaintiff/22R0630/ck
Service Email: Pleadings@ligorilaw.com